■    JOSEPHINE ROBINSON et al., Plaintiffs, v JEWISH HOSPITAL AND MEDICAL CENTER OF BROOKLYN et al., Defendants. JEWISH HOSPITAL AND MEDICAL CENTER OF BROOKLYN et al., Third-Party Plaintiffs-Respondents, v ANESTHESIOLOGY SERVICE et al., Third-Party Defendants-Respondents. JEWISH HOSPITAL AND MEDICAL CENTER et al., Third-Party Plaintiffs-Respondents, v ADEL AZIZ, Third-Party Defendant-Appellant. [633 NYS2d 792] —In an action to recover damages for medical malpractice, etc., the second third-party defendant Adel Aziz appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Kings County (Clemente, J.), dated April 25, 1994, entered upon an amended order of the same court, dated March 22, 1994, granting the motion of the defendants first and second third-party plaintiffs Jewish Hospital and Medical Center of Brooklyn and Sunetha Reddy for summary judgment on their second third-party complaint, as is in favor of them and against him in the principal sum of $350,000. Adel Aziz's notice of appeal from the amended order dated March 22, 1994, is deemed a premature notice of appeal from the judgment *(see,* CPLR 5520 [c]).

HOSPITAL AND MEDICAL CENTER OF BROOKLYN et al., Third-Party Plaintiffs-Respondents, v ANESTHESIOLOGY SERVICE et al., Third-Party Defendants-Respondents. JEWISH HOSPITAL AND MEDICAL CENTER OF BROOKLYN et al., Third-Party Plaintiffs-Respondents, v ADEL AZIZ, Third-Party Defendant-Appellant. [633 NYS2d 1010] —Motion by the first and second third-party plaintiffs-respondents to strike points II and III of the second third-party defendant-appellant's reply brief on the ground that those points improperly raise a new substantive issue.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied.

The reply brief did not improperly raise a new substantive issue (cf., People v Minota, 137 AD2d 837; State Farm Fire & Cas. Co. v LiMauro, 103 AD2d 514, 521-522, affd 65 NY2d 369). Mangano, P. J., Bracken, Sullivan and Rosenblatt, JJ., concur. [See, 136 Misc 2d 880.]